1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

FILED

Nov 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-00132-SI |
| Plaintiff, | |
| v. | VIOLATION: 21 U.S.C. §§ 331(c), 333(a)(1) – Receipt in interstate commerce of a drug or device that is adulterated or misbranded, and the delivery or proffered delivery thereof for pay or otherwise |
| LINDSAY MARIE CLARK, | |
| Defendant. | SAN FRANCISCO |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

**COUNT ONE**:   (21 U.S.C. §§ 331(c), 333(a)(1) – Receipt in interstate commerce of drugs that are misbranded, and devices that are misbranded and adulterated, and the delivery or proffered delivery thereof for pay or otherwise)

1.   From at least in or around April 2016, and continuing to at least in or around June 2020, in the Northern District of California, the defendant,

LINDSAY MARIE CLARK

received and caused the receipt of drugs (injectable botulinum toxin) and devices (injectable hyaluronic acid dermal fillers) in interstate commerce, from foreign countries including the United Kingdom, to San

Mateo, California, which drugs and devices were misbranded as described in 21 U.S.C. §§ 352(a), 352(f)(1), and 353(b)(4)(A), and adulterated as defined in 21 U.S.C. § 351(f)(1), and delivered and proffered for delivery these adulterated and misbranded drugs and devices for pay and otherwise, all in violation of 21 U.S.C. §§ 331(c), 333(a)(1), and 18 U.S.C. § 2.

DATED:  November 18, 2022

STEPHANIE M. HINDS
United States Attorney

/s/ Joseph Tartakovsky
JOSEPH TARTAKOVSKY
KAITLIN PAULSON
Assistant United States Attorneys

AMANDA N. LISKAMM
Acting Director
Consumer Protection Branch

/s/ Rachael L. Doud
RACHAEL L. DOUD
Trial Attorney
Consumer Protection Branch