# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES
for proceedings held on April 20, 2023

Before Judge SUSAN ILLSTON

21-cr-00132-SI-1 – UNITED STATES v. LINDSAY MARIE CLARK
21-cr-00132-SI-2 – UNITED STATES v. LINDSAY MARIE CLARK, M.D. Medical
Corporation

Time in court: 1 Hour 31 minutes

| | |
|---|---|
| Attorney for United States: | Joseph Tartakovsky, Rachael Doud, Kaitlin Paulson |
| Attorney for Defendant: | Martha Boersch, Matthew Dirkes |

| | |
|---|---|
| Courtroom Deputy Clerk: | Esther Chung |
| Court Reporter: | Ruth Levine Ekhaus |
| Probation Officer: | Jessica Goldsberry |
| Interpreter: | n/a |

Defendant was Linsday Marie Clark present for hearing.
Defendant is not in custody.

## PROCEEDINGS

Sentencings held.

Individual Defendant, Lindsay Marie Clark is sentenced to 3 years of Probation on Count 1 of
the Superseding Information.
A special assessment fee of $25 is imposed. Fine waived.
Restitution ordered in an amount to be determined.
See Judgment for special conditions.

The Corporate Defendant is sentenced to 3 years of Probation on Count 1 of the Superseding
Information.
A special assessment fee of $400 is imposed. Fine waived.
Restitution ordered in an amount to be determined.
See Judgment for special conditions.

CASE CONTINUED:  6/16/2023 at 11:00 am for Restitution Hearing.